IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:  Darnella Violet Harris            )
       f/d/b/a The Cheesy Tomato LLC   )
       f/b/d/a The Weeve Klink          )
              Debtor                    )
                                       )  Case No:  16-21494-jra
                                       )  Chapter 13

## Objection to Confirmation of the First Amended Chapter 13 Plan Prior to Confirmation

Now Comes Peoples Bank, S.B., by counsel and for this Objection to Confirmation of the First Amended Chapter 13 Plan Prior to Confirmation states as follows:

1. That Peoples Bank, S. B., has a properly perfect security interest in the following parcels of real estate:

       534 Taney, Gary Indiana
       865 King, Gary, Indiana
       1174 Mount, Gary, Indiana

2. The Debtor's Plan does acknowledge the secured status of Peoples Bank, S.B., on these properties.  However, there are issues unique to this case that need to be dealt with and Peoples Bank, S.B., will address those issues in this Objection.

3. The loan payable to Peoples Bank, S.B., for the real estate at 534 Taney., Gary, Indiana matured on March 1, 2017 with a balloon being due at the end of the term[1] (i.e. the balloon payment is now past due).  The Plan does not provide for the payment of this balloon. Unless the issue of the maturity date is adequately addressed, it will be impossible to pay this loan off during the term of the Amended Plan.  Peoples Bank, S.B., is willing to investigate the extension of this loan.  However, Peoples Bank, S.B., will need additional disclosures and documentation from the Debtor as additional disclosure and documentation is necessary for exploring option

---

[1] The estimated balloon payment for this loan is $50.061.37.  This estimate is based upon certain payetmsn being made and certain funds being received from the Trustee.  As such, Peoples Bank, S.B., will not be held to this estimated amount.  This estimate is being discussed for the purpose of logistics and plan funding.

associated with potentially extending the loan. Also, Peoples Bank, S.B., cautions the Debtor that the extension, depending upon its terms, may need to be approved by this Court.

4. The loan payable to Peoples Bank, S.B., for the real estate at 865 King Street, Gary, Indiana will mature on March 1, 2019 with a balloon payment being due and payable to Peoples Bank, S.B.[2] The Plan does not provide for the payment of this balloon. Unless the issue of the maturity date is adequately addressed, it will be impossible to pay this loan off during the term of the Amended Plan. Peoples Bank, S.B., is willing to investigate the extension of this loan. However, Peoples Bank, S.B., will need additional disclosures and documentation from the Debtor as additional disclosure and documentation is necessary for exploring option associated with potentially extending the loan. Also, Peoples Bank, S.B., cautions the Debtor that the extension, depending upon its terms, may need to be approved by this Court. The Plan provides for an incorrect continuing post-petition montage payment for 865 King Street.[3] For 865 King Street, the continuing post-petition payments from June 1, 2016 to February 1, 2017 is $494.00 per month and not $485.00 per month as provided for in the Amended Plan. Commencing March 1, 2017, the continuing post-petition payments was reduced to $414.00[4] per month.

5. The loan payable to Peoples Bank, S.B., for the real estate at 1174 Mount Street, Gary, Indiana will mature on November 1, 2017 with a balloon payment being due and payable to Peoples Bank, S.B.[5] The Plan does not provide for the payment of this balloon. Unless the issue of the maturity date is adequately addressed, it will be impossible to pay this loan off during the term of the Amended Plan. Peoples Bank, S.B., is willing to investigate the extension of this loan. However, Peoples Bank, S.B., will need additional disclosures and documentation from the

---

[2] The estimated balloon payment for this loan is $43,324.91. This estimate is based upon certain payetmsn being made and certain funds being received from the Trustee. As such, Peoples Bank, S.B., will not be held to this estimated amount. This estimate is being discussed for the purpose of logistics and plan funding.

[3] As a general rule of law, with most mortgage debts that are addressed in a Chapter 13 Plan, the proof of claim controls as to the relevant monetary amounts. However, as Peoples Bank, S.B., is objecting for other reasons. Because Peoples Bank S.B., is already objecting to the Amended Plan, Peoples Bank, S.B., is therefore advising the parties as to the relevant amounts as these amounts may have a bearing upon related issues including but not limited to potential issues related to the funding of the Amended Plan

[4] This reduction to $414.00 is based upon all the required payments being current.

[5] The estimated balloon payment for this loan is $50,254.22. This estimate is based upon certain payetmsn being made and certain funds being received from the Trustee. As such, Peoples Bank, S.B., will not be held to this estimated amount. This estimate is being discussed for the purpose of logistics and plan funding.

Debtor as additional disclosure and documentation is necessary for exploring option associated with potentially extending the loan. Also, Peoples Bank, S.B., cautions the Debtor that the extension, depending upon its terms, may need to be approved by this Court. The Plan provides for an incorrect continuing post-petition montage payment for 1174 Mount Street.[6] For 1174 Mount Street, the continuing post-petition payments from June 1, 2016 to February 1, 2017 is $814.00 per month and not $650.00 per month as provided for in the Amended Plan. Commencing March 1, 2017, the continuing post-petition payments was reduced to $595.00[7] per month.

6. The post-petition payments that are due on the loans payable to Peoples Bank S.B., can be outlined as follows:

> 534 Taney, Gary Indiana - $11,745.00[8]
> 865 King, Gary, Indiana - $6,930.00
> 1174 Mount, Gary, Indiana - $10,301.00

7. Therefore, the total amount that should have been paid to the Trustee for the mortgage loans payable to Peoples Bank, S.B., should be $28, 2976.00. As of August 2017, the Trustee has $26,578.80 available.[9]

8. Peoples Bank, S.B., objects to the confirmation of the Amended Chapter 13 Plan unless or until the parties can reach an agreement for addressing the matured and maturing loans that are due and payable to Peoples Bank, S.B. and that the post-petition payments must be brought current.

9. Peoples Bank, S.B., will need to be provided with information documentation to investigate potential loan extension or any other arrangements. Providing this information and

---

[6] As a general rule of law, with most mortgage debts that are addressed in a Chapter 13 Plan, the proof of claim controls as to the relevant monetary amounts. However, as Peoples Bank, S.B., is objecting for other reasons. Because Peoples Bank S.B., is already objecting to the Amended Plan, Peoples Bank, S.B., is therefore advising the parties as to the relevant amounts as these amounts may have a bearing upon related issues including but not limited to potential issues related to the funding of the Amended Plan

[7] This reduction to $595.00 is based upon all the required payments being current.

[8] This assumes that the parties can reach an arrangement on extending the maturity date on this loan for 534 Taney, Gary, Indiana as this loan matured on March 1, 2017.

[9] A review of the Plan shows that other creditors and parties are to be paid.

documentation to Peoples Bank, S.B., is necessary for adequate analysis including but not limited to feasibility analysis.

10. Peoples Bank, S.B., cautions the Debtor that the Amended Plan may not be adequately funded as outlined in this Objection, supra.  Therefore, Peoples Bank, S.B., objects that the Amended Plan may be underfunded and may not be feasible.

Wherefore, Peoples Bank, S.B., respectfully requests that this Court deny confirmation of this Amended Chapter 13 Plan plus all other relief just and proper in light of these circumstances.

                Respectfully Submitted:

       /s/ Andrew L. Kraemer
       Andrew L. Kraemer (14872-71)
       Johnson, Blumberg, & Associates, LLC
       Ross Commons, 500 West Lincoln Highway, Suite J
       Merrillville, IN.  46410
       312-541-9710 ext. 675

## CERTIFICATE OF SERVICE

     I certify that on September 5, 2017, service of true and complete copies of this Objection was made upon the following distribution list herein, by electronic service or by depositing same in the United States Mail, in envelopes properly addressed to each of them and with sufficient first class postage affixed.

       By:   /s/ Andrew L. Kraemer
                  Andrew L. Kraemer

Distribution:
Kevin M. Schmidt, 200 East 80th Place, Suite 110, Merrillville, IN.  46410
Darnella Violet Harris, 534 Taney Place, Gary, IN 46406
Paul R. Chael, 401 W. 84th Dr., Suite C, Merrillville, IN 46410
Nancy J. Gargula, One Michiana Square Building, Suite 555, 100 East Wayne St., South Bend, IN 46601

**NOTICE:**
**THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY**
**INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**